IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA COX, et al., | : | Case No. 3:13 CV 293 |
| Plaintiffs, | : | |
| v. | : | Judge Jack Zouhary |
| HEALTHCARE SERVICES GROUP, INC., | : | |
| Defendant. | : | |

### MOTION FOR ADMISSION OF
### <u>LAURA REATHAFORD *PRO HAC VICE*</u>

Defendant Healthcare Services Group, Inc. ("Healthcare Services") and its counsel, Felix C. Wade, Mary F. Geswein and James E. Davidson, move the Court pursuant to Local Rule 83.5(h) for an order admitting Laura Reathaford to practice before this Court as co-counsel for Defendant Healthcare Services. The Affidavit and Certificate of Good Standing attached to this Motion (and filed with the Court) demonstrates that Attorney Reathaford is admitted to practice before and is a member in good standing of the bars of various federal courts in the United States, and in the State of California, and otherwise meets the requirements of Local Rule 83.5(h). Attorney Reathaford is also familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Based on the foregoing information, Defendant and its counsel, Felix C. Wade, Mary F. Geswein and James E. Davidson, respectfully request that Laura Reathaford of the Proskauer Law Firm be permitted to practice before this Court as co-counsel for the purpose of representing Healthcare Services and participating in this action.

SL1 1290700v1 104212.00212

                                        Respectfully submitted,

Dated: March 12, 2014

                                      By: /s/ Mary F. Geswein
                                      James E. Davidson (0024534)
                                      James.Davidson@icemiller.com
                                      Felix C. Wade (0024462)
                                      Pete.Wade@icemiller.com
                                      Mimi Geswein, Esq.
                                      Mimi.Geswein@icemiller.com
                                      Ice Miller LLP
                                      250 West Street
                                      Columbus, OH 43215
                                      Phone: 614.462.5038
                                      Fax: 614.222.3436

                                      *Counsel for Defendant*
                                      *Healthcare Services Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed via the Court's ECF system on March 12, 2014. Parties will be notified by the Court's Electronic Filing System.

/s/ Mary F. Geswein
Mary F. Geswein

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSHUA COX, et al., | : Case No. 3:13 CV 293 |
| Plaintiffs, | : |
| v. | : Judge Jack Zouhary |
| HEALTHCARE SERVICES GROUP, INC., | : |
| Defendant. | : |

## AFFIDAVIT OF LAURA REATHAFORD

I, Laura Reathaford, being first duly sworn, depose and state as follows:

1. I am Special Employment Law Counsel at Proskauer Rose LLP.

2. My particulars are as follows:

   Laura Reathaford
   Proskauer Rose LLP
   2049 Century Park East, Suite 3200
   Los Angeles, CA 90067-3206
   d 310.284.4564
   f 310.557.2193
   lreathaford@proskauer.com

3. I am admitted to and practice law in the following jurisdictions, including dates of admission:

   a. Supreme Court of California (01/03/08) Bar ID #254751
   b. U.S. Court of Appeals, Ninth Circuit (01/10/08)
   c. U.S. District Court, Central District of California (01/08/08)
   d. U.S. District Court, Southern District of California ( 09/04/08)
   e. U.S. District Court, Northern District of California (11/03/2009)

4.  I am in good standing before all courts for which I am admitted and have never been the subject of any disciplinary action in any jurisdiction.

5.  Defendant Healthcare Healthcare Services Group, Inc. ("Healthcare Services") has requested that I act as counsel with Felix C. Wade, Mary F. Geswein and James E. Davidson to represent Healthcare Services' interests and to prosecute its claims and defenses in the above-captioned litigation. I am familiar with the Federal Rules of Evidence and the Federal Rules of Civil Procedure, and if granted admission to this court for this case, I will familiarize myself with, and abide by all applicable Local Rules of Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Laura Reathaford

STATE OF CALIFORNIA          :
                             : ss.
COUNTY OF LOS ANGELES        :

Sworn to before me and subscribed in my presence this 11th day of March, 2014.

_____
NOTARY PUBLIC

KAREN J. JONES
Commission # 1903300
Notary Public - California
Los Angeles County
My Comm. Expires Oct 7, 2014

2



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>LAURA REATHAFORD</u>

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that LAURA REATHAFORD, #254751, was on the 3rd day of January, 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 26th day of February, 2014.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, Senior Deputy Clerk