IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA COX, et al., | : | Case No. 3:13 CV 293 |
| Plaintiffs, | : | |
| v. | : | Judge Jack Zouhary |
| HEALTHCARE SERVICES GROUP, INC., | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION OF
## CHARLES STIEGLER *PRO HAC VICE*

Defendant Healthcare Services Group, Inc. ("Healthcare Services") and its counsel, Felix C. Wade, Mary F. Geswein and James E. Davidson, move the Court pursuant to Local Rule 83.5(h) for an order admitting Charles Stiegler to practice before this Court as co-counsel for Defendant Healthcare Services. The Affidavit attached to this Motion (and filed with the Court) demonstrates that Attorney Stiegler is admitted to practice before and is a member in good standing of the bars of various federal courts in the United States, and in the State of California, and otherwise meets the requirements of Local Rule 83.5(h). Attorney Stiegler is also familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Based on the foregoing information, Defendant and its counsel, Felix C. Wade, Mary F. Geswein and James E. Davidson, respectfully request that Charles Stiegler of the Proskauer Law Firm be permitted to practice before this Court as co-counsel for the purpose of representing Healthcare Services and participating in this action.

                                Respectfully submitted,

Dated: March 12, 2014

                                By: /s/ Mary F. Geswein
                                James E. Davidson (0024534)
                                James.Davidson@icemiller.com
                                Felix C. Wade (0024462)
                                Pete.Wade@icemiller.com
                                Mimi Geswein, Esq.
                                Mimi.Geswein@icemiller.com
                                Ice Miller LLP
                                250 West Street
                                Columbus, OH 43215
                                Phone: 614.462.5038
                                Fax: 614.222.3436

                                *Counsel for Defendant*
                                *Healthcare Services Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed via the Court's ECF system on March 12, 2014. Parties will be notified by the Court's Electronic Filing System.

/s/ Mary F. Geswein
Mary F. Geswein

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA COX, et al., | : | Case No. 3:13 CV 293 |
| Plaintiffs, | : | |
| v. | : | Judge Jack Zouhary |
| HEALTHCARE SERVICES GROUP, INC., | : | |
| Defendant. | : | |

## AFFIDAVIT OF CHARLES STIEGLER

1. I am an associate of the law firm of Proskauer Rose LLP.

2. My particulars are as follows:

    Charles Stiegler
    Proskauer Rose LLP
    650 Poydras Street, Suite 1800
    New Orleans, LA 70130
    d  504.310.4088
    f  504.310.2022
    cstiegler@proskauer.com

3. I am admitted to and practice law in the following jurisdictions, including dates of admission:

    a. Supreme Court of California (12/05/06) Bar ID #245973
    b. Supreme Court of Louisiana (11/03/10) Bar ID #33456
    c. U.S. Court of Appeals, Ninth Circuit (07/05/08)
    d. U.S. District Court, Central District of California (02/21/07)
    e. U.S. District Court, Northern District of California (02/20/07)
    d. U.S. District Court, Southern District of California (06/27/08)

4. I have also been admitted *pro hac vice* in multiple federal district courts throughout the country.

5. I am in good standing before all courts for which I am admitted and have never been the subject of any disciplinary action in any jurisdiction.

6. Defendant Healthcare Services Group, Inc. ("Healthcare Services") has requested that I act as counsel with Felix C. Wade, Mary F. Geswein and James E. Davidson to represent Healthcare Services' interests and to prosecute its claims and defenses in the above-captioned litigation. I am familiar with the Federal Rules of Evidence and the Federal Rules of Civil Procedure, and if granted admission to this court for this case, I will familiarize myself with, and abide by all applicable Local Rules of Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Charles Stiegler

STATE OF LOUISIANA      :
                        : ss.
PARISH OF Orleans       :

Sworn to before me and subscribed in my presence this 12th day of March, 2014.

_____
NOTARY PUBLIC

MICHAEL D. SPENCER
NOTARY PUBLIC
STATE OF LOUISIANA
BAR ROLL NUMBER 27669
COMMISSION IS ISSUED FOR LIFE

2